**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**ADRIAN BURKE,**  CASE NO. 2:07-cv-665
  **JUDGE MARBLEY**
  Petitioner,  **MAGISTRATE JUDGE KEMP**

v.

**CLIFFORD SMITH, Warden,**

  Respondent.

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 26, 2008 Order, the Report and Recommendation is ADOPTED and AFFIRMED.  Petitioner's objections are OVERRULED.  This action is hereby DISMISSED.

Date:  **September 26, 2008**          James Bonini, Clerk

                    s/Betty L. Clark
                    Betty L. Clark/Deputy Clerk